[No. 3879-3-III. Division Three. January 26, 1982.]

THE STATE OF WASHINGTON, *Appellant,* v. GILMER
A. LANGE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 77-2-01074-2, W. R. Cole, J., entered
February 29, 1980. *Remanded with instructions* by unpub-
lished opinion per Munson, J., concurred in by McInturff,
C.J., and Roe, J.

[Nos. 4847-II; 4982-II. Division Two. January 29, 1982.]

JACK K. STEIN, *Respondent,* v. BRIAN T.
McCARTHY, *Petitioner.*

Appeal from judgments of the Superior Court for Clark
County, No. 73508, Thomas L. Lodge, J., entered May 27
and July 18, 1980. *Reversed* and *remanded* by unpublished
opinion per Petrich, J., concurred in by Reed, C.J., and
Petrie, J.

[No. 4378-5-II. Division Two. January 29, 1982.]

CROSSROADS CONDOMINIUM ASSOCIATES, *Appellant,* v.
ST. REGIS PAPER COMPANY, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 273443, Stanley W. Worswick, J., entered
October 26, 1979. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Reed, C.J., and Petrich J.